IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER COLEMAN,<br><br>STATE OF GEORGIA, *ex rel.* CHRISTOPHER COLEMAN,<br><br>Relator,<br>v.<br><br>LAKE COUNTRY PHARMACY & COMPOUNDING CENTER; CHRIS VAUGHAN; and CAREY VAUGHAN,<br><br>Defendants. | ) | FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730<br><br>CIVIL ACTION NO. 3:16-CV-53 (CDL) |

**NOTICE OF SETTLEMENT**

COMES NOW, the United States of America and the State of Georgia, and hereby notify the Court that The United States of America, State of Georgia, Relator, and the Defendants in the above-styled case have reached a Settlement Agreement that, upon Defendant's payment, will conclude this case. The Court is notified that, upon Defendant's payment of the settlement amount within the time set forth in the Settlement Agreement, the parties will file the dismissals stipulated in the Settlement Agreement. Attached hereto as Exhibit A is the Settlement Agreement.

Respectfully submitted, this 12th day of June, 2019.

**CHARLES E. PEELER**
**UNITED STATES ATTORNEY**

BY: ***/s/ Todd P. Swanson***
Todd P. Swanson
Georgia Bar No. 496989

Assistant United States Attorney
United States Attorney's Office
P. O. Box 1702
Macon, GA 31202-1702
Telephone: (478) 621-2728

*ATTORNEYS FOR THE*
*UNITED STATES OF AMERICA*

**CHRISTOPHER M. CARR**
**ATTORNEY GENERAL**
**STATE OF GEORGIA**

BY: ***/s/ Richard Tangum***
RICHARD TANGUM
SENIOR ASSISTANT ATTORNEY GENERAL
Georgia Bar No. 141337
Office of the Attorney General
Georgia Medicaid Fraud Control Unit
200 Piedmont Ave., SE
West Tower, 19th Floor
Atlanta, Georgia 30334
Telephone: 404-656-4145

*ATTORNEYS FOR THE STATE OF GEORGIA*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of June, 2019, the **NOTICE OF SETTLEMENT** was filed electronically with the Court via the CM/ECF system, which will automatically send electronic notification of such to counsel of record.

This 12th day of June, 2019.

***/s/ Todd P. Swanson***
Todd P. Swanson
Assistant United States Attorney
Ga. Bar No. 496989